# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  CHARLES K. WHALEY & SHEILA L. WHALEY         Case Number: 05-70020
405 EAST 4TH STREET                SSN-xxx-xx-2744 & xxx-xx-0773
BYRON, IL  61010

Case filed on:    1/4/2005
Plan Confirmed on:    3/4/2005

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $9,761.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 999 | CHARLES K. WHALEY | 0.00 | 0.00 | 149.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 149.00 | 0.00 |
| 001 | BYRON BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | WFS FINANCIAL | 5,000.00 | 5,000.00 | 5,000.00 | 716.92 |
|  | Total Secured | 5,000.00 | 5,000.00 | 5,000.00 | 716.92 |
| 002 | WFS FINANCIAL | 2,755.53 | 2,755.53 | 423.39 | 0.00 |
| 003 | ACCOUNT RECOVERY SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ACCOUNT SOLUTIONS GROUP, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | B-LINE LLC | 1,098.73 | 1,098.73 | 168.82 | 0.00 |
| 006 | AFFILIATED RADIOLOGISTS S.C. | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CITY OF BYRON | 203.84 | 203.84 | 31.32 | 0.00 |
| 008 | COMED CO | 528.82 | 528.82 | 81.26 | 0.00 |
| 009 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | EARLY INTERVENTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | MEMBER SERVICE CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | MUTUAL MANAGEMENT SERVICES | 3,841.98 | 3,841.98 | 590.33 | 0.00 |
| 013 | NICOR GAS | 1,553.02 | 1,553.02 | 238.62 | 0.00 |
| 014 | NORTH SHORE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PEDIATRIC DENTISTRY OF | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PHYSICIANS IMMEDIATE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | RETRIEVAL MASTERS CREDITORS BUREAU, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ROCKFORD CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCKFORD GASTROENTEROLOGY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ROCKFORD HEALTH PHYSICIANS | 488.32 | 488.32 | 75.03 | 0.00 |
| 021 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MEDICAL DENTAL HOSPITAL BUREAU | 267.00 | 267.00 | 41.02 | 0.00 |
| 023 | RUSH UNIVERSITY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | SLUMBERLAND | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | SOAP OPERA DIGEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | STATE COLLECTION SERVICE INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | SWEDISH AMERICAN MEDICAL GROUP | 358.80 | 358.80 | 55.13 | 0.00 |
| 029 | THE PEDIATRIC CARDIOLOGY CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | THE PEDIATRIC FACULTY | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | UW HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | AFNI/VERIZON | 141.16 | 141.16 | 21.69 | 0.00 |
| 033 | MUTUAL MANAGEMENT SERVICES | 1,146.40 | 1,146.40 | 176.13 | 0.00 |
|  | Total Unsecured | 12,383.60 | 12,383.60 | 1,902.74 | 0.00 |
|  | Grand Total: | 18,747.60 | 18,747.60 | 8,415.74 | 716.92 |

Total Paid Claimant:    $9,132.66
Trustee Allowance:     $628.34
Percent Paid Unsecured:     15.36

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                By  /s/Heather M. Fagan